United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-1023　　　　　　　　　　　　　　　　　September Term, 2020

EPA-83FR63704

Filed On: September 25, 2020 [1863393]

Growth Energy,

   Petitioner

  v.

Environmental Protection Agency and Andrew Wheeler, Administrator,

   Respondents

------------------------------

American Fuel & Petrochemical Manufacturers, et al.,
   Intervenors

------------------------------

Consolidated with 19-1027, 19-1032, 19-1033, 19-1035, 19-1036, 19-1037, 19-1038, 19-1039

  **BEFORE:** Chief Judge Srinivasan, and Circuit Judges Rogers and Garland

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on September 25, 2020 at 9:30 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

 David M. Lehn, Douglas A. Hastings, and David M. Williamson, counsel for Renewable Fuels Producers.

 Amir C. Tayrani, counsel for Obligated Parties.

 Carrie Apfel, counsel for Environmental Groups.

 Tsuki Hoshijima (DOJ), Benjamin Carlisle (DOJ), and Michael Eitel (DOJ), counsel for EPA.

 Elizabeth Boucher Dawson, counsel for Intervenor.

             **FOR THE COURT:**
             Mark J. Langer, Clerk

          BY: /s/
            Anne A. Rothenberger
            Deputy Clerk